McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYAMI GWINN, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-07-085-LKK <br><br> <u>TIME EXCLUSION ORDER</u> |

     The captioned action came before the court on March 27, 2007. Upon the request of both parties, the Court continues the next hearing in this case to April 10, 2007 at 9:30 a.m. for change of plea.  The government has provided discovery to defendant of reports of the investigation consisting of 101 pages.  The government has also provided defense counsel with a proposed plea agreement. Defense counsel needs additional time to review discovery and the prosed plea agreement with the defendant.  Thus, the requested continuance is for effective and diligent preparation.

     The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public
///
///

1

and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from March 27, 2007 through April 10, 2007.

DATE: March 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2